IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRUCE LAMAR HILL, AIS # 138707       :

Plaintiff,                            :

v.                                    :        CA 11-0620-WS-C

WARDEN BISHOP, et al.,                :

Defendants.                           :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED without prejudice.

DONE this 15th day of May, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE