IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRUCE LAMAR HILL, AIS # 138707 | : | |
| Plaintiff, | : | |
| v. | : | CA 11-0620-WS-C |
| WARDEN BISHOP, et al., | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED without prejudice.

DONE this 15th day of May, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE